IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JASON BRUCE ROBERTSON, #85709                                                  PLAINTIFF

VS.                                                   CIVIL ACTION NO. 3:18-CV-533-HTW-LRA

MANAGEMENT AND TRAINING CORPORATION,
CENTURION OF MISSISSIPPI, INC., FRANK SHAW,
NORRIS HOGANS, CAPTAIN BRIDGES, LIEUTENANT
J. SCOTT, SERGEANT WESTMORELAND, HEALTH
SERVICE ADMINISTRATOR MCCORT, NURSE J. CUTTER,
DR. NAGEL,  JOHN DOES AND INVESTIGATOR RUFFIN                  DEFENDANTS

### WAIVER OF THE SERVICE OF SUMMONS

To:      Clerk of Court

I have received the Court's request to waive service of a summons in this action along with a copy of the complaint of this waiver form.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or other motion under Rule 12 within 60 days from the date when this request was sent.

Date:   November 29, 2018

_Signature of the attorney_

_Warden Frank Shaw, Deputy Warden Norris Hogans,_
_Captain Nicholas Bridges (sued as Captain Bridges),_
_Captain Jaquan Scott (sued as Lieutenant J. Scott),_
_Sgt. Edward Westmoreland (sued as Sergeant Westmoreland)_
Investigator Lemarcus Ruffin (sued as Investigator
Ruffin) and Management & Training Corporation
Printed name of each party waiving service of summons

Steven J. Griffin
_Printed name_

4400 Old Canton Rd., Ste 400, Jackson, MS 39211
Address

sgriffin@danielcoker.com
_E-mail address_

601-969-7607
_Telephone number_

### Duty to Avoid Unnecessary Expense of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.